**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF NEW YORK

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy                **4/16**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Cayot Realty, Inc.** |
| **2.** | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **75-3112505** |

**4.    Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **333 Route 202**<br>**Pomona, NY 10970**<br>Number, Street, City, State & ZIP Code | <br><br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Rockland**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

**5.    Debtor's website** (URL)  _____

**6.    Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify:  _____

Debtor    **Cayot Realty, Inc.**                                                      Case number (*if known*) _____
       Name

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

\_\_\_\_

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | | | | |
|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| | | | | |
|---|---|---|---|---|
| Debtor | _____ | | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

Debtor    **Cayot Realty, Inc.**                                                    Case number (*if known*)
          _____
          Name

---

**11.  Why is the case filed in**          *Check all that apply:*
     ***this district?***

     ■  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
        preceding the date of this petition or for a longer part of such 180 days than in any other district.

     ☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.  Does the debtor own or**     ■ **No**
     **have possession of any**
     **real property or personal**     ☐ **Yes.**  Answer below for each property that needs immediate attention. Attach additional sheets if needed.
     **property that needs**
     **immediate attention?**
                                    **Why does the property need immediate attention?** (*Check all that apply.*)

                                    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
                                       What is the hazard? _____

                                    ☐ It needs to be physically secured or protected from the weather.

                                    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
                                       livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

                                    ☐ Other _____

                                    **Where is the property?**
                                                              _____
                                                              Number, Street, City, State & ZIP Code

                                    **Is the property insured?**

                                    ☐ No

                                    ☐ Yes.  Insurance agency    _____
                                            Contact name        _____
                                            Phone               _____

---

■ **Statistical and administrative information**

---

**13.  Debtor's estimation of**     .   *Check one:*
     **available funds**

                                    ■ Funds will be available for distribution to unsecured creditors.

                                    ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.  Estimated number of**      ■ 1-49                    ☐ 1,000-5,000              ☐ 25,001-50,000
     **creditors**               ☐ 50-99                   ☐ 5001-10,000              ☐ 50,001-100,000
                                 ☐ 100-199                 ☐ 10,001-25,000            ☐ More than100,000
                                 ☐ 200-999

---

**15.  Estimated Assets**         ☐ $0 - $50,000                ■ $1,000,001 - $10 million          ☐ $500,000,001 - $1 billion
                                 ☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million        ☐ $1,000,000,001 - $10 billion
                                 ☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion
                                 ☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million       ☐ More than $50 billion

---

**16.  Estimated liabilities**    ☐ $0 - $50,000                ■ $1,000,001 - $10 million          ☐ $500,000,001 - $1 billion
                                 ☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million        ☐ $1,000,000,001 - $10 billion
                                 ☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion
                                 ☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million       ☐ More than $50 billion

---

Debtor    **Cayot Realty, Inc.**                                              Case number (*if known*) _____
          Name

---

| **Request for Relief, Declaration, and Signatures** |

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 16, 2016**
               MM / DD / YYYY

X **/s/ Charles L. Cayot III**                              **Charles L. Cayot III**
Signature of authorized representative of debtor            Printed name

Title    **President**

---

**18. Signature of attorney**

X **/s/ Rosemarie E. Matera**                              Date    **May 16, 2016**
Signature of attorney for debtor                                   MM / DD / YYYY

**Rosemarie E. Matera**
Printed name

**Kurtzman Matera, P.C.**
Firm name

**664 Chestnut Ridge Road**
**Spring Valley, NY 10977**
Number, Street, City, State & ZIP Code

Contact phone    **(845) 352-8800**    Email address    **law@kmpclaw.com**

Bar number and State

---

**Fill in this information to identify the case:**

Debtor name    **Cayot Realty, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 16, 2016**    X **/s/ Charles L. Cayot III**
Signature of individual signing on behalf of debtor

**Charles L. Cayot III**
Printed name

**President**
Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Cayot Realty, Inc.** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF NEW YORK** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Aqua Vise 14 Little Lake Ridge Ossining, NY 10562** | | | | | | **$2,000.00** |
| **Carlo Minuto PO Box 234 West Nyack, NY 10994** | | | | | | **$3,000.00** |
| **Frank Laperch, PC 148 S Liberty Drive Stony Point, NY 10980** | | | | | | **$1,500.00** |
| **Giuttari Excavation 314 Riley Road New Windsor, NY 12553** | | | | | | **$5,000.00** |
| **Jacks Landscaping 32 Bensen Ave West Nyack, NY 10994** | | | | | | **$2,000.00** |
| **Malen & Associates 123 Frost Street Westbury, NY 11590** | | **Deficiency on Truck** | | | | **$2,500.00** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Cayot Realty, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

---

### Part 1:  Summary of Assets

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*...........................................................................    $     **3,000,000.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.......................................................................    $     **24,785.00**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.........................................................................    $     **3,024,785.00**

---

### Part 2:  Summary of Liabilities

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................................    $     **2,141,023.00**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................    $     **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................    +$     **16,000.00**

4. Total liabilities ...............................................................................................
    Lines 2 + 3a + 3b       $     **2,157,023.00**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

In re:                                                      Chapter 11

CAYOT REALTY, INC.,
                                                            Case No:

                        Debtor.
------------------------------------------------------------X

### AFFIDAVIT PURSUANT TO LOCAL RULE 1007-2

State of New York    )
                     )
County of Rockland   ) ss.:

Charles Lewis Cayot III being duly sworn, deposes and says:

1.     I am President of the Debtor, and as such am familiar with the facts and circumstances herein, and have been given full authority to act on behalf of the Debtor.

2.     The Debtor is a Corporation with offices located at 333 Route 202 Pomona, New York 10970.

3.     The Debtor filed this petition due to the pending foreclosure.

4.     Upon information and belief, no creditors committee has been organized prior to the filing herein.

5.      A list of the Debtor's twenty (20) largest unsecured creditors are contained within the petition.

6.     There are two secured creditors.

7.     There are no shares of stock publically held.

8.     The debtor's property is in the hands of a receivership.

9.     A summary of the Debtor's assets and liabilities are set forth in the petition.

10.     The Debtor has two lawsuits pending.

12.     The Debtor has no payroll.  The officer shall receive salary in the amount of $1,811.33 in the 30-days following the filing of this petition.

13.     The Debtor anticipates receipts within a relatively short period of time, being able to break even and ultimately produce enough income to fund a recovery plan.

14.     The Debtor intends to rehabilitate the operation of its business and the management of its property as a debtor in possession in accordance with the provisions of Chapter 11 of the Bankruptcy Code and intends to propose a Plan of Reorganization pursuant to the provisions thereof.


CAYOT REALTY, INC.


Charles L. Cayot III
President



Sworn to before me this
16th day of May, 2016


Notary Public

MICHELLE TREBACH
Notary Public, State of New York
No. 01TR4947296
Qualified in Orange County
Commission Expires February 21, 20 19

<u>RESOLUTION</u>

THE UNDERSIGNED, being the President of Cayot Realty, Inc., a corporation, organized under the laws of the State of New York, does hereby certify that at a Special Meeting of the members of said company duly held on  May 13, 2016 at which all of the members were present and acting the following resolution was duly adopted:

"WHEREAS, this company is unable to meet its debts as they mature, be it

RESOLVED, that the company, through its President, Charles Lewis Cayot III, be and it hereby is authorized to take such steps as may be necessary in the  best interests of the company and the creditors, including, but not limited to, the filing of a petition for relief under Chapter 11 of U.S. Bankruptcy Code; to sign such petitions and affidavits as may be required in said proceedings; and it is hereby authorized and empowered to retain the firm of Kurtzman Matera, P.C., 664 Chestnut Ridge Road Spring Valley, New York 10977, as its attorneys in this matter.

IN WITNESS WHEREOF, I have signed the certificate by Order of said members  this 16th day of May, 2016.

CAYOT REALTY, INC.

Charles L. Cayot III
President

**Fill in this information to identify the case:**

Debtor name    **Cayot Realty, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an
  amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No.  Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

3.     **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1.  **Chase Bank** | **Checking** | | $4,880.00 |

4.     **Other cash equivalents** *(Identify all)*

5.     **Total of Part 1.**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   | $4,880.00 |
   | --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ■ No.  Go to Part 3.
   ☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

10. **Does the debtor have any accounts receivable?**

   ☐ No.  Go to Part 4.
   ■ Yes Fill in the information below.

11.     **Accounts receivable**

   11a. 90 days old or less:     **19,905.00**  -  **0.00** = ....      $19,905.00
                    face amount             doubtful or uncollectible accounts

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **Cayot Realty, Inc.**                          Case number (If known) _____
             Name

---

12.    **Total of Part 3.**                                                   **$19,905.00**
       Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☑ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **2 buildings and land for trailers** | **100%** | **$0.00** | **Appraisal** | **$3,000,000.00** |

---

Debtor    **Cayot Realty, Inc.**                                                    Case number *(If known)* _____
          Name

56.    **Total of Part 9.**                                                                    | $3,000,000.00 |

       Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
       Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**

       ■ No
       ☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

       ■ No
       ☐ Yes

**Part 10:**    **Intangibles and intellectual property**

59.  **Does the debtor have any interests in intangibles or intellectual property?**

       ■ No.  Go to Part 11.
       ☐ Yes Fill in the information below.

**Part 11:**    **All other assets**

70.  **Does the debtor own any other assets that have not yet been reported on this form?**
       Include all interests in executory contracts and unexpired leases not previously reported on this form.

       ■ No.  Go to Part 12.
       ☐ Yes Fill in the information below.

Debtor   **Cayot Realty, Inc.**                                            Case number *(If known)* _____
         Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $4,880.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $19,905.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................................> | | $3,000,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $24,785.00 | + 91b. $3,000,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $3,024,785.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Cayot Realty, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Provident Bank**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**Line of Credit** | **$35,000.00** | **$0.00** |
| **400 Rella Blvd**<br>**Montelbello, NY 10901**<br>Creditor's mailing address | | | |
| | Describe the lien | | |
| Creditor's email address, if known | Is the creditor an insider or related party?<br>☑ No<br>☐ Yes | | |
| | Is anyone else liable on this claim? | | |
| **Date debt was incurred** | ☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number** | | | |
| **Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **2.2** **Wells Fargo**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**2 buildings and land for trailers** | **$2,106,023.00** | **$3,000,000.00** |
| **Att: Westerman Ball et al**<br>**1201 RXR Plaza**<br>**Uniondale, NY 11556**<br>Creditor's mailing address | | | |
| | Describe the lien<br>**Mortgage** | | |
| Creditor's email address, if known | Is the creditor an insider or related party?<br>☑ No<br>☐ Yes | | |
| | Is anyone else liable on this claim? | | |
| **Date debt was incurred** | ☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number** | | | |
| **Do multiple creditors have an interest in the same property?** | As of the petition filing date, the claim is:<br>Check all that apply | | |

| Debtor | **Cayot Realty, Inc.** | Case number (if know) | |
| | Name | | |

☐ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $2,141,023.00

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,
assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |
| **Christopher Ryan**<br>**3414 Peachtree Rd NE, Ste 750**<br>**Atlanta, GA 30326** | Line  **2.2** | |
| **PNC Bank**<br>**PO Box 642303**<br>**Pittsburgh, PA 15264** | Line  **2.2** | |
| **Sterling Bank f/k/a Provident**<br>**Att: McCabe & Mack**<br>**63 Washington St., PO Box 509**<br>**Poughkeepsie, NY 12602** | Line  **2.1** | |

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Cayot Realty, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
    out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address<br>**Aqua Vise**<br>**14 Little Lake Ridge**<br>**Ossining, NY 10562**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$2,000.00** |
| **3.2** | Nonpriority creditor's name and mailing address<br>**Carlo Minuto**<br>**PO Box 234**<br>**West Nyack, NY 10994**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$3,000.00** |
| **3.3** | Nonpriority creditor's name and mailing address<br>**Frank Laperch, PC**<br>**148 S Liberty Drive**<br>**Stony Point, NY 10980**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,500.00** |
| **3.4** | Nonpriority creditor's name and mailing address<br>**Giuttari Excavation**<br>**314 Riley Road**<br>**New Windsor, NY 12553**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$5,000.00** |

| Debtor | **Cayot Realty, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,000.00** |
|---|---|---|---|

**Jacks Landscaping**
**32 Bensen Ave**
**West Nyack, NY 10994**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,500.00** |
|---|---|---|---|

**Malen & Associates**
**123 Frost Street**
**Westbury, NY 11590**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Deficiency on Truck_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5.** Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + $ | 16,000.00 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 16,000.00 |

**Fill in this information to identify the case:**

Debtor name **Cayot Realty, Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property*
    (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest **Landlord** | |
| State the term remaining **12/2017** | **Amawrs Fernandez**<br>**333 Rte 202**<br>**Lot #1**<br>**Pomona, NY 10970** |
| List the contract number of any government contract | |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest **Landlord** | |
| State the term remaining **12/2017** | **Andenal Taveras**<br>**333 Rte 202**<br>**Lot # 32**<br>**Pomona, NY 10970** |
| List the contract number of any government contract | |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest **Landlord** | |
| State the term remaining **12/2017** | **Angelo Tapia**<br>**333 Rte 202**<br>**Lot # 7**<br>**Pomona, NY 10970** |
| List the contract number of any government contract | |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest **Landlord** | |
| State the term remaining **12/2017** | **Augustin Hernandez**<br>**333 Rte 202**<br>**Lot # 9**<br>**Pomona, NY 10970** |
| List the contract number of any government contract | |

Debtor 1    **Cayot Realty, Inc.**
First Name          Middle Name          Last Name

Case number (*if known*) _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Landlord** | |
|---|---|---|---|
| | State the term remaining | **2015-2020** | |
| | List the contract number of any government contract | | **C&C Pizza**<br>**329 Route 202**<br>**Pomona, NY 10970-1000** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Landlord** | |
|---|---|---|---|
| | State the term remaining | **12/2017** | |
| | List the contract number of any government contract | | **Delvi Perez**<br>**333 Rte 202**<br>**Lot #11**<br>**Pomona, NY 10970** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Landlord** | |
|---|---|---|---|
| | State the term remaining | **12/2017** | |
| | List the contract number of any government contract | | **Ingrid Polanco**<br>**333 Rte 202**<br>**Lot # 15**<br>**Pomona, NY 10970** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Landlord** | |
|---|---|---|---|
| | State the term remaining | **12/2017** | |
| | List the contract number of any government contract | | **Jose Saquipay**<br>**333 Rte 202**<br>**Lot # 22**<br>**Pomona, NY 10970** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Landlord** | |
|---|---|---|---|
| | State the term remaining | **12/2017** | |
| | List the contract number of any government contract | | **Joseph & Monique Piccilo**<br>**333 Rte 202**<br>**Lot # 35**<br>**Pomona, NY 10970** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Landlord** | |
|---|---|---|---|
| | State the term remaining | **12/2017** | |
| | List the contract number of any | | **Katherine Dageev**<br>**333 Rte 202**<br>**Lot # 23**<br>**Pomona, NY 10970** |

Debtor 1    **Cayot Realty, Inc.**                                                    Case number *(if known)* _____

First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| | | | |
|---|---|---|---|
| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Landlord** | |
| | State the term remaining | **12/2017** | **Manuel Sadas**<br>**333 Rte 202**<br>**Lot # 10**<br>**Pomona, NY 10970** |
| | List the contract number of any government contract | | |
| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Landlord** | |
| | State the term remaining | **12/2017** | **Maria Rivera**<br>**333 Rte 202**<br>**Lot # 12**<br>**Pomona, NY 10970** |
| | List the contract number of any government contract | | |
| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Landlord** | |
| | State the term remaining | **12/2017** | **Maria Rivera**<br>**333 Rte 202**<br>**Lot # 16**<br>**Pomona, NY 10970** |
| | List the contract number of any government contract | | |
| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Landlord** | |
| | State the term remaining | **12/2017** | **Mario Palmer**<br>**333 Rte 202**<br>**Lot #3**<br>**Pomona, NY 10970** |
| | List the contract number of any government contract | | |
| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Landlord** | |
| | State the term remaining | **12/2017** | **Myra Cespedes**<br>**333 Rte 202**<br>**Lot # 36**<br>**Pomona, NY 10970** |
| | List the contract number of any government contract | | |
| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Landlord** | **Rafael & Laurdes Marte-Liz**<br>**333 Rte 202**<br>**Lot # 17**<br>**Pomona, NY 10970** |

Official Form 206G                    Schedule G: Executory Contracts and Unexpired Leases                    Page 3 of 5

| Debtor 1 | **Cayot Realty, Inc.** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining   **12/2017** | |
| List the contract number of any government contract _____ | |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Landlord** | |
|---|---|---|---|
| | State the term remaining   **12/2017** | | **Ramon Perez**<br>**333 Rte 202**<br>**Lot # 18**<br>**Pomona, NY 10970** |
| | List the contract number of any government contract _____ | | |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Landlord** | |
|---|---|---|---|
| | State the term remaining   **12/2017** | | **Richard Cecchetti**<br>**333 Rte 202**<br>**Lot # 24**<br>**Pomona, NY 10970** |
| | List the contract number of any government contract _____ | | |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Landlord** | |
|---|---|---|---|
| | State the term remaining   **12/2017** | | **Rochelle Ferguson**<br>**333 Rte 202**<br>**Lot # 21**<br>**Pomona, NY 10970** |
| | List the contract number of any government contract _____ | | |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Landlord** | |
|---|---|---|---|
| | State the term remaining   **12/2017** | | **Rosario Lopez**<br>**333 Rte 202**<br>**Lot # 31**<br>**Pomona, NY 10970** |
| | List the contract number of any government contract _____ | | |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Landlord** | |
|---|---|---|---|
| | State the term remaining   **12/2017** | | **Rosepaula Dziedulonis**<br>**333 Rte 202**<br>**Lot# 5**<br>**Pomona, NY 10970** |
| | List the contract number of any government contract _____ | | |

| Debtor 1 | **Cayot Realty, Inc.** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Landlord** | |
|---|---|---|---|
| | State the term remaining | **12/2017** | **Vern Wenger**<br>**333 Rte 202**<br>**Lot # 27**<br>**Pomona, NY 10970** |
| | List the contract number of any government contract | | |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Landlord** | |
|---|---|---|---|
| | State the term remaining | **12/2017** | **Victor Martinez**<br>**333 Rte 202**<br>**Lot # 29**<br>**Pomona, NY 10970** |
| | List the contract number of any government contract | | |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Landlord** | |
|---|---|---|---|
| | State the term remaining | **12/2017** | **Yolanda Toto**<br>**333 Rte 202**<br>**Lot #2**<br>**Pomona, NY 10970** |
| | List the contract number of any government contract | | |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Landlord** | |
|---|---|---|---|
| | State the term remaining | **12/2017** | **Yovanny Leon**<br>**333 Rte 202**<br>**Lot # 28**<br>**Pomona, NY 10970** |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name  **Cayot Realty, Inc.**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF NEW YORK

Case number (if known)  _____

☐ Check if this is an
  amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1  **Charles L. Cayot III** | **156 N. Liberty Drive Stony Point, NY 10980** | **Provident Bank** | ☑ D  __2.1__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2  **Nicole Cayot** | **311 Call Hollow Road Stony Point, NY 10980** | **Provident Bank** | ☑ D  __2.1__ <br> ☐ E/F _____ <br> ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **Cayot Realty, Inc.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    **04/16**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**   Income

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2016** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | $138,270.06 |
| **For prior year:**<br>From **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other _____ | $364,577.00 |
| **For year before that:**<br>From **1/01/2014** to **12/31/2014** | ■ Operating a business<br>☐ Other _____ | $298,847.00 |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:**   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

| Debtor | **Cayot Realty, Inc.** | | Case number *(if known)* | |

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
| --- | --- | --- | --- |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
| --- | --- | --- | --- |

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
| --- | --- | --- | --- |

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
| --- | --- | --- | --- | --- |
| 7.1. | **Colony AMC OPCO, LLC, as special servicer for Wells Fargo Bank, National Association, as Trustee for Registered Holders of Colony Multifamily Mortgage trust 2014-1, Commercial Mortgage Pass-Through Certificates, Series 2014-1, Plaintiff against Cayot Realty, Inc. Nicole M. Cayot et al Defendants.** | **Lawsuit** | **Supreme Court of the State of New York, County of Rockland** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Sterling National Bank f/k/a Provident Bank, Plaintiff against Cayot Inc., Cayot Realty, Inc. Charles L. Cayot and Nicole Cayot, Defendants** | **Lawsuit** | **Supreme Court of the State of New York County of Rockland** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

Debtor    **Cayot Realty, Inc.** _____    Case number *(if known)* _____

☐ None

| Custodian's name and Address | Describe the property | Value |
|---|---|---|
| **Wells Fargo**<br>**Att: Westerman Ball et al**<br>**1201 RXR Plaza**<br>**Uniondale, NY 11556** | **2 buildings and land for trailers** | **$3,000,000.00** |

| | Case title | Court name and address |
|---|---|---|
| | **Colony AMC OPCO, et al Petitioner, again** | **Supreme Court of the** |
| | Case number | **State of New York** |
| | **030683/2016** | **County of Rockland** |
| | Date of order or assignment | |

---

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | Certain Payments or Transfers |
|---|---|

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Kurtzman Matera, P.C.**<br>**664 Chestnut Ridge Road**<br>**Spring Valley, NY 10977** | **Attorney Fees** | | **$35,000.00** |
| | Email or website address<br>**law@kmpclaw.com** | | | |
| | Who made the payment, if not debtor? | | | |

---

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

| Debtor | **Cayot Realty, Inc.** | Case number *(if known)* | |

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| **Part 7:** | **Previous Locations** |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **48 Bensen Street**<br>**West Haverstraw, NY 10993** | **2003-2015** |

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

   **Tenants Social Security numbers and drivers license numbers**

   Does the debtor have a privacy policy about that information?
   ■ No
   ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|---|---|

Debtor    **Cayot Realty, Inc.**                                    Case number *(if known)*

---

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **TD Bank**<br>**Stony Point, NY 10980** | XXXX- | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 2/2016 | $12,000.00 |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.    Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor   **Cayot Realty, Inc.**                                         Case number *(if known)* _____

■ No.

☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and<br>address | Nature of the case | Status of case |
| --- | --- | --- | --- |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and<br>address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and<br>address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
| --- | --- | --- |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
| --- | --- |
| 26a.1.   **RK&C CPAS**<br>**6 Joyce Plaza**<br>**Stony Point, NY 10980** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
| --- | --- |
| 26c.1.   **Nicole Cayot**<br>**322 Call Hollow Road**<br>**Stony Point, NY 10980** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

Debtor    **Cayot Realty, Inc.** _____    Case number *(if known)* _____

■ None

| Name and address |
|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Charles L. Cayot III | 156 N. Liberty Dr. Stony Point, NY 10980 | President | 100% |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Nicole Cayot | 311 Call Hollow Road Stony Point, NY 10980 | Secretary/ 50% interest | 2010-2/2016 |

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

Debtor    **Cayot Realty, Inc.** _____    Case number *(if known)* _____

---

**Part 14:**  **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 16, 2016** _____

**/s/ Charles L. Cayot III** _____          **Charles L. Cayot III** _____
Signature of individual signing on behalf of the debtor                Printed name

Position or relationship to debtor    **President** _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of New York

In re  **Cayot Realty, Inc.**                                                    Case No. _____
                                    Debtor(s)          Chapter   **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|  |  |
|---|---|
| For legal services, I have agreed to accept | $ 35,000.00 |
| Prior to the filing of this statement I have received | $ 35,000.00 |
| Balance Due | $ 0.00 |

2.   The source of the compensation paid to me was:

   ■ Debtor      ☐ Other (specify):

3.   The source of compensation to be paid to me is:

   ■ Debtor      ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**May 16, 2016**
*Date*

/s/ **Rosemarie E. Matera**
**Rosemarie E. Matera**
*Signature of Attorney*
**Kurtzman Matera, P.C.**
**664 Chestnut Ridge Road**
**Spring Valley, NY 10977**
**(845) 352-8800   Fax: (845) 352-8865**
**law@kmpclaw.com**
*Name of law firm*

---

# United States Bankruptcy Court
## Southern District of New York

In re    **Cayot Realty, Inc.**                                               Case No. _____

Debtor(s)                          Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Charles L.Cayot III<br>156 N. Liberty Dr.<br>Stony Point, NY 10980** | | **100%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **May 16, 2016**                          Signature    **/s/ Charles L. Cayot III**

**Charles L. Cayot III**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Southern District of New York

In re    **Cayot Realty, Inc.** _____    Case No. _____
                                        Debtor(s)              Chapter    **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.

Date:    **May 16, 2016** _____    **/s/ Charles L. Cayot III** _____
                                              **Charles L. Cayot III/President**
                                              Signer/Title

AMAWRS PRESARVADD                    TOBIAS RUPERA PERICA                    MARIA RIVERA
333 RTE 202                          148 S LIBERTY DRIVE                     333 RTE 202
LOT #1                               STONY POINT, NY 10980                   LOT # 16
POMONA, NY 10970                                                            POMONA, NY 10970

ANDENAL TAVERAS                      GIUTTARI EXCAVATION                     MARIO PALMER
333 RTE 202                          314 RILEY ROAD                         333 RTE 202
LOT # 32                             NEW WINDSOR, NY 12553                   LOT #3
POMONA, NY 10970                                                            POMONA, NY 10970

ANGELO TAPIA                         INGRID POLANCO                         MYRA CESPEDES
333 RTE 202                          333 RTE 202                            333 RTE 202
LOT # 7                              LOT # 15                               LOT # 36
POMONA, NY 10970                     POMONA, NY 10970                       POMONA, NY 10970

AQUA VISE                            JACKS LANDSCAPING                      NICOLE CAYOT
14 LITTLE LAKE RIDGE                 32 BENSEN AVE                          311 CALL HOLLOW ROAD
OSSINING, NY 10562                   WEST NYACK, NY 10994                    STONY POINT, NY 10980

AUGUSTIN HERNANDEZ                   JOSE SAQUIPAY                          PNC BANK
333 RTE 202                          333 RTE 202                            PO BOX 642303
LOT # 9                              LOT # 22                               PITTSBURGH, PA 15264
POMONA, NY 10970                     POMONA, NY 10970

C&C PIZZA                            JOSEPH & MONIQUE PICCILO               PROVIDENT BANK
329 ROUTE 202                        333 RTE 202                            400 RELLA BLVD
POMONA, NY 10970-1000                LOT # 35                               MONTELBELLO, NY 10901
                                     POMONA, NY 10970

CARLO MINUTO                         KATHERINE DAGEEV                       RAFAEL & LAURDES MARTE-L
PO BOX 234                           333 RTE 202                            333 RTE 202
WEST NYACK, NY 10994                 LOT # 23                               LOT # 17
                                     POMONA, NY 10970                       POMONA, NY 10970

CHARLES L. CAYOT III                 MALEN & ASSOCIATES                     RAMON PEREZ
156 N. LIBERTY DRIVE                 123 FROST STREET                       333 RTE 202
STONY POINT, NY 10980                WESTBURY, NY 11590                      LOT # 18
                                                                            POMONA, NY 10970

CHRISTOPHER RYAN                     MANUEL SADAS                          RICHARD CECCHETTI
3414 PEACHTREE RD NE, STE 750        333 RTE 202                           333 RTE 202
ATLANTA, GA 30326                    LOT # 10                              LOT # 24
                                     POMONA, NY 10970                      POMONA, NY 10970

DELVI PEREZ                          MARIA RIVERA                          ROCHELLE FERGUSON
333 RTE 202                          333 RTE 202                           333 RTE 202
LOT #11                              LOT # 12                              LOT # 21
POMONA, NY 10970                     POMONA, NY 10970                      POMONA, NY 10970

333 RTE 202
LOT # 31
POMONA, NY 10970


ROSEPAULA DZIEDULONIS
333 RTE 202
LOT# 5
POMONA, NY 10970


STERLING BANK F/K/A PROVIDENT
ATT: MCCABE & MACK
63 WASHINGTON ST., PO BOX 509
POUGHKEEPSIE, NY 12602


VERN WENGER
333 RTE 202
LOT # 27
POMONA, NY 10970


VICTOR MARTINEZ
333 RTE 202
LOT # 29
POMONA, NY 10970


WELLS FARGO
ATT: WESTERMAN BALL ET AL
1201 RXR PLAZA
UNIONDALE, NY 11556


YOLANDA TOTO
333 RTE 202
 LOT #2
POMONA, NY 10970


YOVANNY LEON
333 RTE 202
LOT # 28
POMONA, NY 10970

# United States Bankruptcy Court
## Southern District of New York

In re   **Cayot Realty, Inc.** _____       Case No. _____
                                    Debtor(s)                    Chapter    **11** _____

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Cayot Realty, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☑ None [*Check if applicable*]

_____           _____
Date                                  **Charles L. III Cayot**
                                      President Cayot Realty, Inc.
                                      _____